# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORA HALL**, | ) |
| Plaintiff, | ) **Case No.:** |
| | ) |
| v. | ) **2:16-cv-04024** |
| | ) |
| **CAPITAL ONE**, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Laura A. Lange* | */s/ Amy L. Bennecoff Ginsburg* |
| Laura A. Lange, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| McGuire Woods | Kimmel & Silverman, P.C. |
| 625 Liberty Avenue | 30 East Butler Pike |
| # 23RD Floor | Ambler, PA 19002 |
| Pittsburgh PA 15222 3142 | Phone: 215-540-8888 |
| Email: llange@mcguirewoods.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for Plaintiff |
| Date: April 19, 2017 | |
| | Date: April 19, 2017 |

BY THE COURT:

_____

J.

**Certificate of Service**

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of April, 2017:

    Laura A. Lange,, Esq.
McGuire Woods
625 Liberty Avenue, # 23RD Floor
Pittsburgh PA 15222 3142
llange@mcguirewoods.com

    */s/* Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff